**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 99-7040**

─────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HOSAM MOHAMMED ZAKARIA,

Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CR-91-181-A)

─────────

Submitted:  November 4, 1999          Decided:  November 10, 1999

─────────

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Hosam Mohammed Zakaria, Appellant Pro Se.  Steven John Mulroy, Avi Samuel Garbow, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Hosam Mohammed Zakaria appeals the district court's order denying his "Motion to Expand [the] Record . . . [and] to Preserve Evidence . . . [and] to Recall the [Court's June 10, 1999] Order and Opinion Denying Relief Pursuant to Rule 60(b)6)" of the Federal Rules of Civil Procedure. We have reviewed the record and the district court's opinion and order and find no reversible error. See United States v. Williams, 674 F.2d 310, 312 (4th Cir. 1982). We deny Zakaria's motions for general relief and to file an addendum to the appendix. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2